IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MANAGEDSTORAGE INTERNATIONAL, INC., | ) | Case No. 09-10368 (MFW) |
| et al.,[1] | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: Docket Nos.: 14, 30, 45 and 53** |

**NOTICE OF FILING OF AMENDED BUDGET REGARDING MOTION TO APPROVE INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. § 364, (II) AUTHORIZING THE DEBTORS' USE OF CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (III) GRANTING ADEQUATE PROTECTION TO PREPETITION LENDERS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364, AND (IV) SCHEDULING THE FINAL HEARING PURSUANT TO BANKRUPTCY RULE 4001**

TO:   (i) Office of the United States Trustee for the District of Delaware; (ii) the Debtors' pre-petition and post-petition secured lenders; (iii) counsel to the official committee of unsecured creditors; and (iv) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

ManagedStorage International, Inc., et al., the above-captioned debtors and debtors-in-possession through their undersigned counsel, hereby file the Amended Budget, in connection with the *Motion to Approve Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. § 364, (II) Authorizing the Debtors' Use of Cash Collateral Pursuant to 11 U.S.C. § 363, (III) Granting Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 361, 362, 363 and 364, and (IV) Scheduling the Final Hearing*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old bailey, London EC4M 7EF, United Kingdom.

*Pursuant to Bankruptcy Rule 4001 (Docket No. 14)*, a copy of which is attached hereto as <u>Exhibit A.</u>

Date: March 4, 2009      PACHULSKI STANG ZIEHL & JONES LLP

*/s/ B. Grohsgal*
---
Jeffrey N. Pomerantz (CA Bar No. 143717)
John Fiero (CA Bar No. 136557)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
      jfiero@pszjlaw.com
      bgrohsgal@pszjlaw.com

Counsel for the Debtors and Debtors in Possession