# EXHIBIT A

**Incentra**
**Debtor in Possession Interim Budget**
**Starting with the Week Ending February 6, 2009 (b)**

Page 1 of 2

EXHIBIT "A"

| Cash Receipts | | Actual 6-Feb | Actual 13-Feb | Actual 20-Feb | Fcst. 27-Feb | Fcst. 6-Mar | Fcst. 13-Mar | Fcst. 20-Mar | Fcst. 27-Mar | Fcst. 3-Apr |
|---|---|---|---|---|---|---|---|---|---|---|
| AR estimated average collections (a) | | 2,552,055 | 2,563,438 | 2,851,988 | 1,865,774 | 1,669,860 | 1,229,164 | 1,416,100 | 3,713,078 | 4,302,415 |
| Additional Investment not subject to formula | | | | | | | | | | |
| Rebates/Other Non AR | | | 89,323 | 70,000 | 350,000 | | | | | 150,000 |
| MDF | | | | | | | | 50,000 | | 50,000 |
| Total cash receipts | | 2,552,055 | 2,652,761 | 2,921,988 | 2,215,774 | 1,669,860 | 1,229,164 | 1,466,100 | 3,863,078 | 4,352,415 |

**Cash disbursements**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Direct Cost from Distributors | See Sales | 67,068 | 704,970 | 480,828 | 791,585 | 461,125 | 804,760 | 1,337,340 | 1,470,640 | 1,119,875 |
| Pre-Petition Payments - Arrow | | | 3,987,898 | | 1,156,000 | | 1,754,919 | 2,976,660 | 488,303 | |
| Direct Cost from Distributors - Arrow open line | | | | | | | | | | 771,768 |
| Salaries | | | 367,375 | 536,243 | 597,000 | 320,000 | 505,000 | 1,337,340 (see col) | 26,832 | |
| Commissions | | | 23,000 | 222,000 | 125,000 | 75,000 | 100,000 | 320,000 | 505,000 | 385,000 |
| Payroll Taxes | | | | 25,974 | 64,980 | 35,550 | 54,450 | 200,000 | 70,000 | 50,000 |
| Insurance- Benefits | | | | | 190,000 | | | 46,800 | 51,750 | 39,150 |
| Employee Travel | | | | 4,131 | 389 | 75,000 | 80,000 | | 190,000 | |
| PS Contractors | | | | | 2,758 | 50,000 | 25,000 | | | 65,000 |
| Accounting,Auditing,Tax, SEC Fees | | | | | 25,000 | 10,000 | | 50,000 | 25,000 | 25,000 |
| Creditors' Committee Bankruptcy Professional Fees | | | | | | 30,000 | | 10,000 | 20,000 | 10,000 |
| Claims Agent Fees | | | | | 3,000 | 7,500 | 7,500 | 3,000 | 3,000 | 3,000 |
| US Trustee Fees | | | | | | | | | | 30,000 |
| Debtor SEC Counsel Professional Fees - PCSF | | | | | | | 5,000 | | | |
| Investment Banking Professional Fees - Pagemill | | | | | | 42,000 | | | | 42,000 |
| Debtor Bankruptcy Counsel Professional Fees - PSZJ | | | | | 150,000 | 50,000 | 50,000 | 37,500 | 37,500 | 75,000 |
| Debtor General Corporate Counsel Professional Fees - R. Guest | | | | | | | | | 25,000 | |
| Payroll Related Expenses | | 1,434 | 3,182 | | 1,825 | 2,550 | 750 | 750 | 1,075 | 3,300 |
| Facilities | | | 8,475 | 15,703 | 10,950 | 168,795 | 10,950 | 10,950 | 10,950 | 168,795 |
| Managed Service COGS | | | | | 55,000 | 25,000 | 21,000 | 42,380 | 135,000 | 4,000 |
| Phone/Telecom Expenses | | | | | 2,500 | 2,500 | | 47,577 | 2,500 | |
| Sales and Marketing Expenses | | | | | 25,000 | 50,000 | 75,000 | 50,000 | 50,000 | 50,000 |
| Business Insurance | | | | | 21,875 | | | 21,875 | | 225,000 |
| Other Expenses | | | 13,208 | | 32,141 | 19,000 | 9,000 | 30,400 | 60,341 | 19,000 |
| Sales Taxes | | 185,662 | 77,014 | 170,025 | 125,000 | 30,000 | 30,000 | 50,000 | 250,000 | 25,000 |
| Laurus Origination Fee | | | | | | 200,000 | | | | |
| Laurus Interest | | 221,283 | | | | 225,000 | | | | 225,000 |
| Laurus Principal Payment | | 142,857 | | | | 142,857 | | | | 142,857 |
| Capital Expenditures | | | | | | 50,000 | | 50,000 | 25,000 | |
| Total Cash Disbursements | | 618,304 | 5,189,253 | 1,453,920 | 3,376,856 | 2,071,877 | 3,558,329 | 5,285,232 | 3,477,891 | 3,448,745 |
| Net cash flow | | 1,933,751 | (2,536,492) | 1,468,068 | (1,161,082) | (402,017) | (2,329,165) | (3,819,132) | 385,187 | 903,670 |
| Cummulative Net Cash Flow <Deficit> | | 1,933,751 | (602,741) | 865,327 | (295,755) | (697,773) | (3,026,938) | (6,846,070) | (6,460,884) | (5,557,214) |

**Sales/Billing Information**

| Total Sales/Billings | | 1,338,386 | 618,176 | 2,008,636 | 3,274,740 | 3,573,855 | 2,775,353 | 4,654,654 | 6,455,554 | 5,960,565 |

| Pre-Petition Revolver Line | | 11,405,289 | 8,752,528 | 5,830,540 | 2,852,307 | 1,182,448 | | | | |
| DIP Funding Line | | 448,386 | 5,437,060 | 6,762,044 | 10,138,900 | 12,210,777 | 15,722,390 | 19,541,522 | 19,156,336 | 18,252,666 |
| Total Borrowings | | 11,853,675 | 14,189,588 | 12,592,584 | 12,991,207 | 13,393,225 | 15,722,390 | 19,541,522 | 19,156,336 | 18,252,666 |

(a) Avnet holds a purchase money security interest on property delivered to the Debtors prepetition which have been sold and which have created receivables from the Debtors' customers Per the prepetition agreement between Avnet and the Debtors, the Debtors' customers pay Avnet directly with Avnet required to remit profit payments to the Debtors. Profit payments have not been included in the cash forecast In addition, if the Debtors receive payments from customers for Avnet product which should be paid to Avnet, the Debtors will remit those sums (minus applicable profit retention) to Avnet.We have collected approx. $820k to date of which approx. $700k is the cost amount that belongs to Avnet and has not yet been remitted.

(b) Actual start date of begin of day 2/3/09