UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MANAGED STORAGE INTERNATIONAL, INC., *et al.*,[1] | Case No. 09-10368 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Related Docket No. 16** |

## LIMITED OBJECTION OF SECURED CREDITOR AVNET, INC TO DEBTOR'S MOTION FOR AN ORDER: (I) APPROVING ASSET PURCHASE AGREEMENT AND AUTHORIZING THE SALE OF CERTAIN OF ITS ASSETS OUTSIDE THE ORDINARY COURSE OF BUSINESS TO LAURUS MASTER FUND, LTD. (IN LIQUIDATION) OR A HIGHER AND BETTER BIDDER; (II) AUTHORIZING THE SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS PURSUANT TO SECTIONS 363(A), (F) AND (M) OF THE BANKRUPTCY CODE, (iii) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES; AND (IV) GRANTING RELATED RELIEF

Secured creditor Avnet, Inc. ("Avnet"), hereby objects to the Debtor's Motion For An Order: (I) Approving Asset Purchase Agreement And Authorizing The Sale Of Certain Of Its Assets Outside The Ordinary Course Of Business To Laurus Master Fund, Ltd. (In Liquidation) Or A Higher And Better Bidder; (II) Authorizing The Sale Of Assets Free And Clear Of All Liens, Claims, Encumbrances And Interests Pursuant To Sections 363(a), (f) And (m) Of The Bankruptcy Code, (III) Authorizing The Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases; And (IV) Granting Related Relief (the "Motion") and states,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Bromfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840, and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

1. Avnet and certain debtors are parties to a valid and perfected purchase money security interest (the "Avnet PMSI") covering certain products purchased by the Debtors (the "Avnet Products"). Collateral for the Avnet PMSI includes the Avnet Products, the Debtors' accounts receivable related to the sale of the Avnet Products (the "Avnet PMSI AR"), and the proceeds received on account of the Avnet PMSI AR (collectively the "Avnet PMSI Collateral").

2. In the Motion, the Debtors specifically state that whey will either (a) exclude the Avnet PMSI Collateral from the assets being sold or (b) will sell the Avnet PMSI Collateral subject to the Avnet PMSI. Motion, footnote 6.

3. As the Asset Purchase Agreement has yet to take final form, Avnet hereby objects to the Motion and reserves its rights to object to the any sale of assets or asset purchase agreement to the extent the Avnet PMSI Collateral is treated any differently than as set forth by the Debtors in the Motion.

Dated: March 24, 2009

GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (DE Bar No. 3488)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
melorod@gtlaw.com

-and-

Annapoorni R. Sankaran
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
Email:sankarana@gtlaw.com
donovanw@gtlaw.com

Counsel for secured Creditors, Avnet, Inc.

2