## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10368 (MFW)<br><br>(Jointly Administered)<br><br>**Related Docket No.** |

### STIPULATION BETWEEN DEBTORS, THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS AND SECURED CREDITOR, AVNET, INC., REGARDING PURCHASE MONEY SECURITY INTEREST FUNDS

This Stipulation (the "**Stipulation**") is entered into by and among the above-captioned debtors and debtors in possession (the "**Debtors**"), the Official Committee of Unsecured Creditors (the "**Committee**") and secured creditor Avnet, Inc. ("**Avnet**"), by and through their respective counsel, based on the following facts:

A.  On February 4, 2009 (the "**Petition Date**"), each of the Debtors filed a voluntary petition for relief with this Court under chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**"). The Debtors are continuing to operate their business, as debtors-in-possession pursuant to §§1107 and 1108 of the Bankruptcy Code.

B.  On the Petition date, the Debtor's filed their Motion to Approve Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Financing Pursuant to 11 U.S.C. §364, (II) Authorizing the Debtors; Use of Cash Collateral Pursuant to 11 U.S.C. §363, (III) Granting

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Bromfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840, and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

DEL 86,260,116v1

Adequate Protection to Prepetition Lenders Pursuant to 11 U.S.C. §§ 361-64, and (IV) Scheduling the Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 14] (the "**DIP Motion**").

C. On February 6, 2009, and February 10, 2009, this Court singed the First and Second Interim Orders allowing the DIP Motion [Docket Nos. 30 and 45], respectively. A hearing was scheduled to consider the entry of a Final Order on the DIP Motion for March 5, 2009 (the "**Final DIP Hearing**").

D. Avnet and certain of the Debtors are parties to two purchase money security agreements dated October 24, 2008 and December 17, 2008 (the "**October PMSI**" and the "**December PMSI**"). Avnet claims that it has a perfected security interest in certain assets of the Debtors pursuant to the October and December PMSIs.

E. On March 3, 2009, the Committee filed its Objection to the DIP Motion [Docket No. 104] (the "**DIP Objection**"). In the DIP Objection, the Committee made certain allegations and raised certain legal and factual questions concerning Avnet's security interest under the October and December PMSI's. Counsel for Avnet and counsel for the Committee needed additional time beyond the time set for the Final DIP Hearing in order to resolve these issues and enter into this stipulation to facilitate this resolution:

NOW, THEREFORE, the Debtors, the Committee and Avnet, intending to be legally bound upon the execution of this Stipulation and Bankruptcy Court approval of this Stipulation, agree as follows:

1. Avnet agrees to maintain any and all funds it receives from accounts receivable that are subject to the October PMSI in a segregated internal Avnet account (the "**October PMSI Account**").

2. Avnet agrees to maintain any and all funds it receives from accounts receivable that are subject to the December PMSI in a second separate segregated internal Avnet account

DEL 86,260,116v1

(the "**December PMSI Account**").

3. Avnet agrees that it will not apply or otherwise use the funds in the October and December PMSI Accounts until its dispute with the Committee has been resolved.

4. The Debtors agree that they will maintain any and all funds they receive from accounts receivable that are subject to the December PMSI in a segregated account (the "**Debtor PMSI Account**").

5. The Debtors agree that they will not use the funds contained in the Debtor PMSI Account.

6. Avnet agrees to provide the Committee and the Debtors with weekly accountings of the amounts contained in the October and December PMSI Accounts by transmitting the same to counsel for the Committee and the Debtors. In addition, the Debtors agree to provide Avnet and the Committee with weekly accountings of the amounts contained in the Debtor PMSI Account by transmitting the same to counsel for Avnet and counsel for the Committee.

7. Avnet and the Committee will work expeditiously to resolve their dispute and agree to provide each other with documentation reasonably requested regarding the October and December PMSIs, their perfection and validity. If the Committee seeks to file a motion, lawsuit or other process against Avnet related to either the October or December PMSI, it will do so no later than March 30, 2009.

8. Any and all accountings or other information transmitted pursuant to paragraphs 6 and 7 of this stipulation shall be maintained as CONFIDENTIAL and used for the purposes of this bankruptcy proceeding only. In addition, any accountings or other information transmitted pursuant to paragraphs 6 or 7 of this stipulation to the Committee shall not only be maintained as CONFIDENTIAL and for the purposes of this bankruptcy proceeding only, but shall also be maintained as "ATTORNEYS EYES ONLY," to be viewed only by counsel for the Committee and its staff, and shall not be shared with Committee members.

DEL 86,260,116v1

Dated: ~~March~~ April 1, 2009

| PACHULSKI STANG ZIEHL & JONES LLP | ELLIOT GREENLEAF |
|---|---|
| /s/ Bruce Grohsgal | /s/ Rafael X. Zahralddin-Aravena |
| Bruce Grohsgal (DE Bar No. 3583)<br>919 North market Street, 17th floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>Telephone: (302) 652-4100<br>Facsimile (302) 652-4400<br>email: bgrohsga@pszjlaw.com<br><br>Counsel for the Debtors and Debtors in Possession | Rafael X. Zahralddin-Aravena (DE Bar No. 4166)<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801<br>Telephone: (302) 384-9400<br>Facsimile: (302) 384-9399<br>Email: rxza@elliottgreenleaf.com<br><br>and<br><br>Robert M. Hirsh<br>Heike M. Vogel<br>Arent Fox LLP<br>1675 Broadway<br>new York, NY 10019<br>Telephone: (212) 484-3900<br>Facsimile (212) 212-484-3990<br>Email: Vogel.Heike@arentfox.com,<br>Hirsh.Robert@arentfox.com<br><br>Counsel for the Official Committee of Unsecured Creditors |

DEL 86,260,116v1

GREENBERG TRAURIG, LLP

*[signature]* 4/1/09

---

Victoria W. Counihan (DE Bar No. 3488)
Dennis Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: counihanv@gtlaw.com
melorod@gtlaw.com

-and-

Annapoorni R. Sankaran
William Donovan
One International Place
Boston, MA 02110
Telephone: (617) 310-6000
Facsimile: (617) 310-6001
Email:sankarana@gtlaw.com
donovanw@gtlaw.com

Counsel for secured Creditors, Avnet, Inc.