IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MANAGEDSTORAGE INTERNATIONAL, INC., et al.,[1] | ) ) | Case No. 09-10368 (MFW) Jointly Administered |
| | ) | |
| Debtors. | ) | **Related Docket Nos. 16, 114, 189 and 267** |

### NOTICE OF FILING OF FURTHER AMENDED SET OF REVISED SCHEDULES TO THE ASSET PURCHASE AGREEMENT

TO:    (i) Office of the United States Trustee for the District of Delaware; (ii) the Debtors' pre-petition and post-petition secured lenders; (iii) counsel to the official committee of unsecured creditors; and (iv) those persons who have requested notice pursuant to Bankruptcy Rule 2002.

ManagedStorage International, Inc., et al., the captioned debtors and debtors-in-possession through their undersigned counsel, hereby file a further amended set of revised Schedules to the Asset Purchase Agreement (the "Schedules"), which Asset Purchase Agreement was filed as Exhibit A to the *Debtors' Motion for an Order: (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain of Its Assets Outside the Ordinary Course of Business to Laurus Master Fund, Ltd. (In Liquidation) or a Higher and Better Bidder; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(A), (F) and (M) of the Bankruptcy Code, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* (Docket No. 16) filed on February 4, 2009. The original Schedules were

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are:  ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

filed on March 4, 2009 at docket no. 114.  Revised sets were previously filed at docket nos. 189

and 267.  The further amended set of revised Schedules are attached hereto as <u>Exhibit 1</u>.  A

blackline of the further revised pages is attached hereto as <u>Exhibit 2</u>.

Date:  June 4, 2009                     PACHULSKI STANG ZIEHL & JONES LLP

                                        _____
                                        Jeffrey N. Pomerantz (CA Bar No. 143717)
                                        John Fiero (CA Bar No. 136557)
                                        Bruce Grohsgal (Bar No. 3583)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, DE 19899-8705 (Courier 19801)
                                        Telephone:  (302) 652-4100
                                        Facsimile:  (302) 652-4400
                                        Email: jpomerantz@pszjlaw.com
                                             jfiero@pszjlaw.com
                                             bgrohsgal@pszjlaw.com

                                        Counsel for the Debtors and Debtors in Possession