IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*, | Case No. 09-10368 (MFW) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE      §
                                          §   SS:
NEW CASTLE COUNTY   §

Elizabeth C. Thomas, being duly sworn according to law, deposes and says that she is employed by Greenberg Traurig, LLP, which is counsel for Avnet, Inc., for the above-captioned action, and that on the 24th day of February 2010, she caused copies of the following to be served upon the parties below via First Class Mail. In addition, I also served a copy of the Motion listed below *minus exhibits* upon the attached 2002 Service List via First Class Mail.

- Motion to Enforce Sale Order to Specifically Exclude Avnet PMSI Collateral from Sale Assets and to Compel Laurus Master Fund, Ltd., Valens Offshore SPV I, Ltd., Valens Offshore SPV II, Corp., Valens U.S. SPV I, LLC, and/or PSource Structured Debt Limited, To Turn Over Avnet Collateral [Docket No. 371]

| | |
|---|---|
| Rafael Xavier Zahralddin-Aravena<br>Neil Raymond Lapinski<br>Elliott Greenleaf<br>1105 North Market Street, Suite 1700<br>Wilmington, DE 19801<br>(Committee Counsel) | Laura Davis Jones, Esquire<br>Bruce Grohsgal, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801<br>(Debtors Counsel) |
| Mark Kenney, Esquire<br>Office of the United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19801 | Stuart Komrower, Esquire<br>Cole Schotz Meisel Forman & Leonard PA<br>25 Main Street<br>Hackensack, NJ 07601<br>(Counsel to Valens, LV, Laurus and Calliope) |
| Robert Hirsh<br>Heike Vogel<br>Arent Fox LLP<br>1675 Broadway<br>New York NY 10019<br>(Committee Counsel) | Patrick J. Reilly, Esquire<br>Cole, Schotz, Meisel, Forman & Leonard, P.A.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801<br>(Counsel for Laurus Master Fund, Ltd.) |
| John D. Fiero, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>150 California Street, 15th Floor<br>San Francisco, CA 94111-4500 | Jeffrey N. Pomerantz, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Floor<br>Los Angeles, CA 90067-4100 |

| (Counsel for Debtors) | (Counsel for Debtors) |
|---|---|
| Dated: February 26, 2010 | _____<br>Elizabeth C. Thomas |

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

_____
Notary Public

[Notary Seal: PAULA SUSDA, MY COMMISSION EXPIRES MAY 18, 2013, NOTARY PUBLIC, STATE OF DELAWARE]

*DEL 86,259,281v1 3-24-09*

(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 North Market Street P.O. Box 27
Wilmington, DE 19899

Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

Office Of The US Attorney General
Colm F Connolly, Esquire
Nemours Building
P.O. Box 2046
Wilmington, DE 19899-2046

Randy R. Weller, Esquire
State of Delaware
Attn: Division of Revenue MS #25
820 N. French Street,
8th Floor
Wilmington, DE 19801-0820

Incentra Solutions, Inc.
Attn: Thomas P. Sweeney, III & Tony DiPaolo
1140 Pearl Street
Boulder, CO 80302

(Counsel for Westcon Group North America, Inc.)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

Secretary Of State
Division Of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

(Counsel to Arrow Electronics, Inc.)
Risa Rosenberg, Esquire
Milbank Tweed Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

Secretary Of Treasury
P.O. Box 7040
Dover, DE 19903

Internal Revenue Service
31 Hopkins Plaza
Room 1150
Baltimore, MD 21201

Securities & Exchange Commission
Attn: Patricia Schrage
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

Michael A. Berman
Securities & Exchange Commission
Office of General Counsel — Bankruptcy
15th & Pennsylvania Ave., NW
Washington, DC 20020

William Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711

Robert L. Cook, Esq.
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, N.Y. 13202

Alberto Burnstein
Paralegal Collection Specialist Miami
Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel
800 North King Street, Plaza Level
Wilmington, DE 19801

CAMPBELL KILLIN BRITTAN & RAY, LLC
James D. Thorburn
270 St. Paul Street
Denver, CO 80206

Laura L. McCloud
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P 0 Box 20207
Nashville, TN 327202-0207

Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708