# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                    :
                                          : Chapter 11
MANAGEDSTORAGE INTERNATIONAL,             :
INC., *et al.*,[1]                        : Case No. 09-10368 (MFW)
                                          :
                    Debtors.              : (Jointly Administered)
                                          :
---------------------------------------------------------x

## ORDER ON MOTION PURSUANT TO 11 U.S.C. § 105 AND BANKRUPTCY RULE 9019 FOR APPROVAL OF SETTLEMENT AGREEMENT

Upon the motion (the "Motion")[2] of The Official Committee of Unsecured Creditors ("Committee") of ManagedStorage International, Inc., *et al.* (the "Debtors") for entry of an order pursuant to section 105 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure approving the settlement agreement (the "Settlement Agreement") between the Committee and Laurus Master Fund Ltd. ("Laurus" and together with the Committee also collectively referred to as the "Parties"); and it appearing that the relief requested is in the best interests of the Debtors' estate, its creators, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of these proceedings and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion and the opportunity

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

for a hearing on the Motion was appropriate under the particular circumstances and no other or further notice need be given; upon the record herein, after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein.

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety.

2. The Committee and Laurus are authorized to enter into the Settlement Agreement.

3. The Settlement Agreement between the Parties is approved, and shall become effective automatically and without further notice or order upon satisfaction of the stated conditions therein. The Settlement Agreement is incorporated by reference herein. The Settlement Agreement is hereby SO ORDERED.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the enforcement, interpretation, and implementation of this Order and the Settlement Agreement.

5. This Order and the Settlement Agreement shall remain effective notwithstanding (a) entry of any other order, including, without limitation, any order confirming any plan, (b) confirmation or consummation of any plan, (c) dismissal or conversion of this case, or (d) the appointment of any trustee.

6. In the event that there is any conflict or inconsistency between, on the one hand, the terms or provisions of any plan or any other order, including, without limitation, any order confirming any plan, and, on the other hand, the terms or provisions of this Order or the Settlement Agreement, the terms and provisions of the Order and Settlement Agreement shall govern and control.

Dated: _____, 2010

_____
Honorable Mary F. Walrath
United States Bankruptcy Judge