# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MANAGEDSTORAGE INTERNATIONAL, INC., et al.,[1] | Case No. 09-10368 (MFW) |
| | (Jointly Administered) |
| Debtors. | Objection Deadline: 7/15/2010 @ 4 PM<br>Hearing Date: 7/19/2010 @ 3 PM |

------------------------------------------------------x

## NOTICE OF MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT PURSUANT TO 11 U.S.C. § 105 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(A)

TO: (I) The above captioned Debtors; (II) Counsel to the Debtors; (III) the Office of the United States Trustee for the District of Delaware; and (IV) All parties required to receive service under Rule 2002-1(b) of the Local Rules.

**PLEASE TAKE NOTICE** that the Official Committee of Unsecured Creditors of the above-captioned Debtors have filed this *Motion for Approval of Settlement Agreement Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019(A)* (the "Motion") on June 25, 2010. This Motion will settle a disputed claim with Laurus Master Fund Ltd. related to payment of fees and expenses of Committee professionals.

**PLEASE TAKE FURTHER NOTICE** that any responses to the relief requested in the Motion must be filed on or before **July 15, 2010 at 4:00 p.m. (prevailing Eastern Time)** with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801. At the same time, you must also serve a copy of any responses or objection upon the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if necessary, shall be held before the Honorable Mary F. Walrath on **July 19, 2010 at 3:00 p.m. (prevailing Eastern Time)** at the Bankruptcy Court, 824 Market Street, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO RESPONSES ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THE ABOVE PROCEDURES, AN ORDER MAY BE ENTERED GRANTING THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: June 25, 2010

ELLIOTT GREENLEAF

_____
Rafael X. Zahralddin-Aravena (DE Bar No. 4166)
Shelley A. Kinsella (DE Bar No. 4023)
1105 North Market Street, Suite 1700
P.O. Box 2327
Wilmington, DE 19801
Tel: (302) 384-9400
Fax: (302) 384-9399
Email: rxza@elliottgreenleaf.com
Email: sak@elliottgreenleaf.com

- and -

ARENT FOX LLP
Robert M. Hirsh, Esq.
Heike M. Vogel, Esq.
Arent Fox LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Counsel for the Official Committee of Unsecured Creditors*