# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------x

In re:

MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*,[1]

Debtors.

Chapter 11

Case No. 09-10368 (MFW)

(Jointly Administered)

-------------------------------------------------------x

## CERTIFICATE OF SERVICE

I, Rafael X. Zahralddin-Aravena, Esquire, Delaware counsel for the Official Committee of Unsecured Creditors, hereby certify that I caused a copy of the *Motion for Approval of Settlement Agreement Pursuant to 11 U.S.C. § 105 and Federal Rule of Bankruptcy Procedure 9019(A)* to be served on June 25, 2010 via hand delivery on all local parties and via U.S. First Class Mail upon the remaining parties listed on the attached service list.

DATED: June 25, 2010

ELLIOTT GREENLEAF

Rafael X. Zahralddin-Aravena (No. 4166)
1105 North Market Street, Suite 1700
Wilmington, Delaware 19801
Telephone: (302) 384-9400
Facsimile: (302) 384-9399
Email: rxza@elliottgreenleaf.com

*Co-Counsel, Delaware and Conflicts Counsel for the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

*First Class Mail*
*Jeffrey N. Pomerantz, Esquire*
*10100 Santa Monica Blvd., 11th Floor*
*Los Angeles, CA  90067-4100*
*(Counsel for Debtors)*

*Hand Delivery*
*Laura Davis Jones, Esquire*
*Bruce Grohsgal, Esquire*
*Pachulski Stang Ziehl & Jones LLP*
*919 North Market Street, 17th Floor*
*P.O. Box 8705*
*Wilmington, DE 19899-8705*

*Hand Delivery*
*(U.S. Trustee)*
*Mark Kenney, Esquire*
*844 King Street, Room 2207*
*Lockbox #35*
*Wilmington, DE  19899*

First Class Mail
(Counsel for Debtors)
John D. Fiero, Esquire
150 California Street, 15th Floor
San Francisco, CA  94111-4500

*Hand Delivery*
Jami B. Nimeroff, Esq.
Brown Stone Nimeroff LLC
4 East 8th Street , Suite 400
Wilmington, DE 19801

*First Class Mail*
Jay Samuels, Esq.
Windels Marx Lane & Mittendorf, LLP
120 Albany Street Plaza
New Brunswick, NJ 08901

Hand Delivery
(Counsel for Laurus Master Fund, Ltd.)
Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

Hand Delivery
Office Of The US Attorney General
Colm F Connolly, Esquire
Nemours Building
P.O. Box 2046
Wilmington, DE  19899-2046

Hand Delivery
Randy R. Weller, Esquire
State of Delaware
Attn: Division of Revenue
MS #25
820 N. French Street, 8th Floor
Wilmington , DE  19801-0820

First Class Mail
Secretary Of State
Division Of Corporations Franchise Tax
P.O. Box 7040
Dover, DE  19903

First Class Mail
Carol E. Momjian
Senior Deputy Attorney General
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia PA 19107-3603

Hand Delivery
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
230 North Market Street
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
Ellen W. Slights, Esquire
U.S. Attorney's Office
1007 North Orange Street, Suite 700
P.O. Box 2046
Wilmington, DE 19899-2046

**First Class Mail**
Internal Revenue Service
31 Hopkins Plaza Room 1150
Baltimore, MD 21201

**First Class Mail**
(Counsel to Valens, LV, Laurus and Calliope)
Stuart Komrower, Esquire
Cole Schotz Meisel Forman & Leonard PA
25 Main Street
Hackensack, NJ 07601

**First Class Mail**
Michael A. Berman
Securities & Exchange Commission
Office of General Counsel – Bankruptcy
15th & Pennsylvania Ave., NW
Washington, DC 20020

**First Class Mail**
(Counsel to Arrow Electronics, Inc.)
Risa Rosenberg, Esquire
Milbank Tweed Hadley & McCloy, LLP
One Chase Manhattan Plaza
New York, NY 10005-1413

**First Class Mail**
(Top 35 Creditors)
Westcon Group North America, Inc
520 White Plains Rd.
Tarrytown, NY 10591
Contact: Chuck Thropp

**First Class Mail**
(Top 35 Creditors)
Data Domain, Inc.
2421 Mission College Blvd.
Santa Clara, CA 95054
Contact: Michael Scarpelli

**Hand Delivery**
(Counsel for Westcon Group North America, Inc.)
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli Shughart PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

***First Class Mail***
*Incentra Solutions, Inc.*
*Attn: Thomas P. Sweeney, III & Tony DiPaolo*
*1140 Pearl Street*
*Boulder, CO 80302*

**First Class Mail**
Secretary Of Treasury
P.O. Box 7040
Dover, DE 19903

**First Class Mail**
Securities & Exchange Commission
Attn: Patricia Schrage
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

**First Class Mail**
(Top 35 Creditors)
ComStor
520 White Plains Rd.
Tarrytown, NY 10591
Contact: Chuck Thropp

**First Class Mail**
(Top 35 Creditors)
Avnet, Inc.
c/o Annapoorni R. Sankaran, Esq.
1000 Louisiana Street, Suite 1700
Houston, TX 77002

**First Class Mail**
(Top 35 Creditors)
Synnex
44201 Nobel Dr.
Fremont, CA 94538
Contact: Dennis Polk

**First Class Mail**
(Top 35 Creditors)
Symantec
20330 Stevens Creek Blvd.
Cupertino, CA 95014
Contact: James Beer

**First Class Mail**
(Top 35 Creditors)
Riverbed Technology, Inc.
199 Fremont St.
San Francisco, CA 94105
Contact: Randy Gottfried

**First Class Mail**
(Top 35 Creditors)
Oracle USA Inc.
500 Oracle Parkway
Redwood Shores, CA 94065

**First Class Mail**
(Top 35 Creditors)
Kevin Hawkins
1920 Pear Dr.
Morgan Hill, CA 95037

**First Class Mail**
(Top 35 Creditors)
Promark Technology, Inc.
10900 Pumphouse Rd., Ste. B
Annapolis Junction, MD 20701
Contact: Peter Vartabedian

**First Class Mail**
(Top 35 Creditors)
Tom Kunigonis
85 Fairway Blvd.
Monroe Township, NJ 08831

**First Class Mail**
(Top 35 Creditors)
Paul Chopra
3731 La Salle St.
Phoenix, AZ 85040

**First Class Mail**
(Top 35 Creditors)
Dave Condensa
5676 Scenic Meadow
San Jose, CA 95135

**First Class Mail**
(Top 35 Creditors)
Ingram Micro
1759 Wehrle Dr.
Williamsville, NY 14221
Contact: Bob Carbrey

**First Class Mail**
(Top 35 Creditors)
Dell Marketing, L.P.
One Dell Way
Round Rock, TX 78682
Contact: Jim DeFoe

**First Class Mail**
(Top 35 Creditors)
Avnet
8700 S. Price Rd.
Tempe, AZ 85284
Contact: Jolea Kidd

**First Class Mail**
(Top 35 Creditors)
Robert Condensa
135 Longmeadow Dr.
Los Gatos, CA 95032

**First Class Mail**
(Top 35 Creditors)
NetScout Systems, Inc
310 Littleton Road
Westford, MA 01886-4105

**First Class Mail**
(Top 35 Creditors)
Infoblox, Inc.
4750 Patrick Henry Drive
Santa Clara, CA  95054
Contact:  Remo Canessa

**First Class Mail**
(Top 35 Creditors)
Hire Performance
6219 Vacquero Drive
Castle Rock, CO  80108

**First Class Mail**
(Top 35 Creditors)
Foundry Networks, Inc.
2215 York Rd.
Oakbrook, IL  60523
Contact:  Donn Heffner

**First Class Mail**
(Top 35 Creditors)
Multimedia Audio Visual
2640 S. Raritan Circle
Englewood, CO  80110

**First Class Mail**
(Top 35 Creditors)
David Auerweck
346 Franklin St.
San Mateo, CA  94402

**First Class Mail**
(Top 35 Creditors)
Farnam Street Financial, Inc.
240 Pondview Plaza 5850 Opus Pkway
Minnetonka, MN  55343
Contact:  Accts Recvb'l

**First Class Mail**
(Top 35 Creditors)
Spectra Logic Corporation
1700 North 55th Street
Boulder, CO  80301-2725

**First Class Mail**
(Top 35 Creditors)
Bell Microproducts
12778 Collections Center Dr
Chicago, IL  60693

**First Class Mail**
(Top 35 Creditors)
AUL Retirement Services
P.O. Box 368
Indianapolis, IN  46206
Contact:  Stuart Wood

**First Class Mail**
(Top 35 Creditors)
Ironport Systems
950 Elm Ave.
San Bruno, CA  94066

**First Class Mail**
(Top 35 Creditors)
CommVault Systems Inc.
2 Crescent Place
Oceanport, NJ  07757-0900
Contact:  Michael McMahon

**First Class Mail**
(Top 35 Creditors)
Blank & Associates PS/TestudoData
157 Yesler Way, Third Floor
Seattle, WA  98104

**First Class Mail**
(Top 35 Creditors)
Hubspan
505 fifth Avenue  Suite 350
Seattle, WA  98104
Contact:  Dan Wassel

**First Class Mail**
(Top 35 Creditors)
Xiotech Corp.
6455 Flying Cloud Drive
Eden Prairie, MN  55344

**First Class Mail**
(Top 35 Creditors)
8e6 Technologies, Inc.
828 W. Taft Ave.
Orange, CA 92865
Contact: Accts Recvb'l

**First Class Mail**
(Top 35 Creditors)
American Express
P.O. Box 981540
El Paso, TX 79998
Contact: Accts Recvb'l

**First Class Mail**
(Top 35 Creditors)
InteleNet Communications
17222 Von Karman Ave.
Irvine, CA 92614
Contact: Accts Recvb'l

**Foreign First Class Mail**
(Top 35 Creditors)
The Ritz-Carlton, St. Thomas
6900 Great Bay
St Thomas, VI 00802
Contact: Todd Hunter

**Foreign First Class Mail**
(Top 35 Creditors)
Emerald Technology Recruitment, Ltd.
3 Duchess Place, Hagley Rd.
Birmingham B168NH UK
Contact: Accts Recvb'l

**First Class Mail**
Ms. Kathy Escue
Default & Recovery Analyst
Hewlett-Packard Company
5555 Windward Pkwy
Alpharetta, GA 30004

**First Class Mail**
Milbank
Lena Mandel
Senior Attorney
Financial Restructuring
1 Chase Manhattan Plaza
New York, New York 10005

**First Class Mail**
(Top 35 Creditors)
GHP Horwath, PC
1670 Broadway, Ste. 3000
Denver, CO 80202
Contact: Scott Magnuson

**First Class Mail**
(Top 35 Creditors)
Mutual Target Associates, Inc.
7002 Hamilton Dr.
Gurnee, IL 60031
Contact: Accts Recvb'l

**First Class Mail**
(Top 35 Creditors)
Callidus Software, Inc.
160 W. Santa Clara St., 15th Floor
San Jose, CA 95113
Contact: Accts Recvb'l

**Foreign First Class Mail**
(Top 35 Creditors)
Islands Meetings
6100 Red Hook Quarter
St Thomas, US Virgin Islands 00802-1304

**First Class Mail**
Bankruptcy Administration
IKON Financial Services
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

**First Class Mail**
Mr. Ken Higman
Sr. Default & Recovery Analyst
Hewlett-Packard Company
2125 E. Katella Ave.
Suite 400
Anaheim, CA 92806

**First Class Mail**
Ms. Ramona Neal
Corporate Counsel
Hewlett-Packard Company
11311 Chinden Blvd.
Mailstop 314
Boise, ID 83714-0021

**First Class Mail**
Laura L. McCloud
Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O Box 20207
Nashville, TN 327202-0207

**First Class Mail**
CAMPBELL KILLIN BRITTAN & RAY, LLC
James D. Thorburn
270 St. Paul Street
Denver, CO 80206

**First Class Mail**
Alberto Burnstein
Paralegal Collection Specialist
Miami Dade Bankruptcy Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

**Hand Delivery**
BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel
800 North King Street, Plaza Level
Wilmington, DE 19801

**First Class Mail**
Robert L. Cook, Esq. (New York Bar #1877703)
District Tax Attorney
NYS Department of Taxation and Finance
333 East Washington St., 3rd Floor
Syracuse, N.Y. 13202

**First Class Mail**
William Frazell
Assistant Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711