**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*,[1] | Case No. 09-10368 (MFW) |
| | (Jointly Administered) |
| Debtors. | **Objection Deadline: 7/22/2010 @ 4 PM**<br>**Hearing Date: To be determined** |

---------------------------------------------------

**FINAL FEE APPLICATION OF WEISER LLP, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 16, 2009 THROUGH JUNE 30, 2010**

| | |
|---|---|
| Name of Applicant: | Weiser LLP<br>135 West 50th Street, NY, NY 10020<br>Telephone (212) 375-6873 |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | April 2, 2009, *nunc pro tunc* to Feb 16, 2009 |
| Period for which compensation and reimbursement is sought | February 16, 2009 ~ June 30, 2010 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $ 63,487.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $ 424.00 |
| Total Final Fee Application Request | $ 63,911.50 |

This is a Final Application.

---

1 The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

| | | | Requested | | Amounts Paid | | | Total |
|---|---|---|---|---|---|---|---|---|
| | Date Filed | Period | Fees (100%) | Expenses | Fees (80%) | Expenses | Total Paid | Outstanding |
| 1st Monthly/ Qtrly | 4/27/2009 #230, CNO 5/18/09 #254, 6/19/09 #284, CNO 7/14/09 #303 | 2/16/09~ 3/31/09 | $60,722.50 | $424.00 | $32,909.33 | $424.00 | $33,333 33 | $27,813.17 |
| 2nd Monthly | 5/29/2009 #264, CNO 6/24/09 #290 | 4/1/09 ~ 4/30/09 | $1,655.00 | $0.00 | | | | $1,655.00 |
| Interim | 6/30/2010 | 5/1/09 - 6/30/10 | $1,110.00 | $0.00 | | | | $1,110.00 |
| Total | | | $63,487.50 | $424.00 | $32,909.33 | $424.00 | $33,333.33 | $30,578.17 |

*The total time expended in preparation of this fee application was approximately 2 hours and the expected corresponding compensation requested is approximately $300. Weiser LLP's time and requested compensation in preparing this Final Fee Application is included herein.*

ManagedStorage International, Inc. (09-10368 MFW) Official Committee of Unsecured Creditors
February 16, 2009 ~ June 30, 2010

| Time by Professional | | | | | |
|---|---|---|---|---|---|
| | Experience | | | | |
| Name/Titles | Years) | rate/hour | Hours | | Total |
| James Horgan, Partner, CPA,CIRA,CTP,CVA,CDBV | 20+ | $450 | 114.8 | | $ 51,660.00 |
| PJ Louis, Director - Technology | 20+ | $400 | 3.4 | | $ 1,360.00 |
| Stephen Latuso, Manager, CPA, CIRA | 10+ | $275 | 34.5 | | $ 9,487.50 |
| Coleen Reinknecht, Administration | 20+ | $70 | 14.0 | | $ 980.00 |
| | | Total | 166.7 | | $ 63,487.50 |
| | | | | | |
| | | Blended | | | $ 380.85 |

| Compensation by Project Category * | | | | | |
|---|---|---|---|---|---|
| | | | | | |
| | | | Hours | | Total |
| Business Analysis | | | 126.0 | | $ 50,074.50 |
| Asset Analysis and Recovery-preliminary preferences analyses | | | 7.4 | | $ 3,330.00 |
| Sale Process & Updates | | | 7.1 | | $ 3,195.00 |
| Fee/Employment Applications | | | 19.9 | | $ 4,053.00 |
| Meeting and Conference Calls with Creditors Committee | | | 6.3 | | $ 2,835.00 |
| Travel Time (Not Charged) | | | - | | $ - |
| Total * | | | 166.7 | | $ 63,487.50 |
| | | | | | |
| | | | | | $ - |
| | | Amount requested | | | $ 63,487.50 |

**Expense Summary**

| | | | | | Amount |
|---|---|---|---|---|---|
| Transportation | | | | | $424.00 |
| | | | | | |
| Total | | | | | $424.00 |

| Total Final Request: | | | | | |
|---|---|---|---|---|---|
| 100% fees | | | | | $63,487.50 |
| Expenses | | | | | $424.00 |
| **Total Requested** | | | | | **$63,911.50** |
| | | | | | |
| * Note: time incurred not charged - hours | 6.8 | | | | |
| - value | $3,060 | | | | |
| * We reserve the right to bill this time should an objection be received to this invoice. | | | | | |
| | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-10368 (MFW)<br><br>(Jointly Administered)<br><br>**Objection Deadline: 7/22/2010 @ 4 PM**<br>**Hearing Date: To be determined** |

**FINAL FEE APPLICATION OF WEISER LLP, AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 16, 2009 THROUGH JUNE 30, 2010**

Pursuant to Section 331 of Title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Procedures for the Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") (Docket No. 99) entered February 26, 2009, Weiser LLP ("Weiser"), as financial advisor to the Official Committee of Unsecured Creditors, hereby files this Final Fee Application for allowance and payment of compensation for professional services rendered and reimbursement of expenses for the period February 16, 2009 through June 30, 2010 (the "Fee Period"). By this Application, Weiser seeks payment of compensation in the amount of $63,487.50 for

---

1 The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

professional services rendered during the Fee Period, and reimbursement of expenses of $424 for a total of $63,911.50. In support of this Application, Weiser respectfully represents as follows:

**Background**

1. On February 4, 2009 (the "Petition Date"), ManagedStorage International, Inc. filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code. Since that date, the Debtors have continued in the possession of its assets and the operation of its businesses as a debtor in possession pursuant to the Bankruptcy Code.

2. The Debtors continue to operate their business and manage their properties as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3. On ebruary 17, 2009, the Office of the United States Trustee for the District of Delaware appointed the Committee (the "Committee") to represent the interests of all unsecured creditors of the Debtors. The Committee selected the law firms of Arent Fox LLP and Elliott Greenleaf to serve as counsel to the Committee and selected Weiser LLP to serve as financial advisor to the Committee.

4. By Order dated April 2, 2009, Weiser was authorized and retained as financial advisor to the Committee, effective February 16, 2009.

5. This is Weiser's Final Fee Application.

**Professional Fees and Actual and Necessary Disbursements of Weiser**

6. Pursuant to Local Rule 2016-2 (c) and in accordance with Local Form 102, annexed hereto are: (i) a schedule setting forth all Weiser professionals and paraprofessionals who performed services in this chapter 11 case during the Fee Period, the capacity in which each such professional is employed by Weiser , the department in which each individual practices, the hourly billing rate charged by Weiser for services performed by such individual, the aggregate number of hours expended in this case and fees billed therefore, and the years in practice; (ii) a summary of Weiser 's time records billed during the Fee Period using the applicable project codes; and (iii) a schedule setting forth the actual and necessary expenses that Weiser incurred during the Fee Period and for which reimbursement is sought.

7. During the Fee Period, Weiser's professionals rendered actual and necessary services to the Committee in the amount of $63,487.50. The professional services performed by Weiser

on behalf of the Committee during the Fee Period required an aggregate expenditure of 166.7 recorded hours by Weiser's partners and staff. Weiser's itemized time records for professionals performing services for the Committee during the Fee Period are annexed hereto as Exhibit "A," "B" and "C".

8. During the Fee Period, Weiser's professionals incurred actual, reasonable and necessary out-of-pocket expenses of $424.

WHEREFORE, Weiser respectfully requests (i) payment in the amount of $63,911.50 which represents 100% of the fees for professional services rendered during the Fee Period, and (ii) reimbursement for actual and necessary expenses of $424 for a total requested final payment of $63,911.50.

Weiser LLP

Dated: June 30, 2010

By: /s/ James Horgan

James Horgan, CPA
Partner
Weiser LLP
135 West 50th Street
New York, NY 10020
(212) 375-6873
fax (212) 375-6888
E-mail: jhorgan@weiserLLP.com

*Financial Advisor to the Official Committee of Unsecured Creditors*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| MANAGEDSTORAGE INTERNATIONAL, INC., *et al.*,[1] | Case No. 09-10368 (MFW) |
| | (Jointly Administered) |
| Debtors. | |

---------------------------------------------------

**VERIFICATION**

State of New Jersey )
)
County of Middlesex )

James Horgan, duly sworn, deposes and says:

1. I am a partner of the firm Weiser LLP ("Weiser"), financial advisor for the Official Committee of Unsecured Creditors (the "Committee"), which maintains offices at 399 Thornall Street, Edison, NJ 08837, 135 West 50th Street, New York, NY 10020, 3000 Marcus Avenue (Long Island), NY 11042 and 660 White Plains Road, Tarrytown, NY 10591.

2. I have read the foregoing Final Fee Application of Weiser LLP, financial advisor to the Official Committee of Unsecured Creditors, for Allowance and Payment of Compensation for Services Rendered and Reimbursement of Expenses. I have personally performed many of the accounting and financial advisory services rendered by Weiser and am familiar with the other work performed on behalf of the Committee by the professionals in the firm. To the best of my knowledge, information and belief, the statements contained in the Application are true and correct.

3. In accordance with Bankruptcy Rule 2016(a) and Section 504 of the Bankruptcy Code, no agreement or understanding exists between Weiser and any other person for the sharing of compensation

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252), 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unit 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London, EC4M 7EF, United Kingdom.

to be received in connection with the above cases. All services for which compensation is sought by Weiser were professional services performed for or on behalf of the Committee and not on behalf of any other person.

*/s/ James Horgan*

James Horgan

Sworn and subscribed before me
This 30th day of June, 2010

*/s/ Coleen Reinknecht*
Notary Public of New Jersey
My Commission Expires 12/17/2014