IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| MANAGEDSTORAGE INTERNATIONAL, INC., | ) | Case No. 09-10368 (MFW) |
| et al.,[1] | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |

## NOTICE OF RESCHEDULED HEARING

PLEASE TAKE NOTICE that all matters scheduled to be heard in the above captioned cases on September 7, 2010, at 4:00 p.m. have been rescheduled for hearing on **September 27, 2010 at 3:00 p.m.,** before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801.

Date: August 31, 2010

PACHULSKI STANG ZIEHL & JONES LLP

Jeffrey N. Pomerantz (CA Bar No. 143717)
John Fiero (CA Bar No. 136557)
Bruce Grohsgal (DE Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
      jfiero@pszjlaw.com
      bgrohsgal@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: Managed Storage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incent Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incent Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incent Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incent Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incent Solutions International, Inc. (1239), 15 Old Bailey, London MECUM KEF, United Kingdom.