# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923


Incentra Solutions of California, Inc. - Official Committee of Unsecured Creditors

Invoice Number 1270552
Invoice Date 08/31/10
Client Number 031275

| Category | | Hours | Total |
|---|---|---|---|
| FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2010 | | | |
| 00000 | General | .00 | 41.60 |
| 00002 | Case Management and Operating Reports | 5.70 | 2,964.00 |
| 00004 | Sale and Disposition of Assets | 2.10 | 1,196.00 |
| 00007 | Miscellaneous Motions and Objections | 11.70 | 6,007.50 |
| 00008 | Committee and Debtor Communications, Conference | 2.80 | 1,456.00 |
| 00010 | Professional Retention | 2.60 | 702.00 |
| 00022 | Fee Applications | 19.80 | 8,028.00 |
| Totals | | 44.70 | 20,395.10 |

(00000) MATTER NUMBER
RE: General

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

FOR CHARGES:

| | | | |
|---|---|---|---|
| 02/05/10 | PHONE CHARGES | | 7.44 |
| 05/19/10 | PHONE CHARGES - COURTCALL LLC MANAGEDSTORAGE INTERNATIONAL, INC./09-10368 | | 30.00 |
| | **TOTAL FOR: PHONE CHARGES** | **37.44** | |
| 04/30/10 | OTHER DATABASE SEARCH- pacer 03-31-2010 | | 4.16 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **4.16** | |

| | |
|---|---|
| CURRENT CHARGES | 41.60 |
| SUBTOTAL FOR THIS MATTER | $41.60 |

(00002) MATTER NUMBER
RE: Case Management and Operating Reports

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/03/10 | HM VOGEL | Review of Court docket for additional background information to be included in stipulation with Laurus. | .4 | 208.00 |
| 02/05/10 | HM VOGEL | Telephone conference with Stuart Komrower, Jeff Pomerantz, Rob Hirsh re stipulation between committee and Laurus and follow up correspondence with Stuart Komrower re revisions to stipulation. | .6 | 312.00 |
| 02/05/10 | HM VOGEL | Draft, review and revise stipulation between committee and Laurus including additional comments by Stuart Komrower and circulate same with brief explanation and arrange telephone conference with Jeff Pomerantz, Stuart Komrower to discuss certain questions posited by Stuart Komrower. | .8 | 416.00 |
| 03/04/10 | HM VOGEL | Telephone conference with Stuart Komrower re status of stipulation, 9019 motion and recent issue with AVNET and strategy moving forward. | .2 | 104.00 |
| 03/04/10 | HM VOGEL | Consider stipulation between committee and Avnet with regard to Avenet's motion to compel debtors. | .4 | 208.00 |
| 03/15/10 | HM VOGEL | Telephone conference with Stuart Komrower re Avnet motion and transferring professionals fees to escrow account and related follow up with Rob Hirsh. | .2 | 104.00 |
| 03/23/10 | HM VOGEL | Review of notice of adjournment of hearing of Avnet motion and telephone call to Stuart Komrower and internal correspondence with respect to same. | .4 | 208.00 |
| 04/07/10 | HM VOGEL | Correspondence with Stuart Komrower, Rob Hirsh re status and strategy moving forward. | .2 | 104.00 |
| 04/12/10 | HM VOGEL | Coordinate telephone conference with local counsel in hearing re Avnet motion and follow up with Rob Hirsh re same. | .3 | 156.00 |
| 04/13/10 | HM VOGEL | Review of proposed settlement between Avnet and Laurus and telephone conference with Stuart Komrower re stipulation with committee and filing of 9019 motion. | .3 | 156.00 |

| Date | Initials | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 04/13/10 | HM | VOGEL | Correspondence with local counsel re possible adjournment of hearing and strategy moving forward with respect to requesting telephonic Court appearance in the event hearing is not adjourned. | .2 | 104.00 |
| 04/14/10 | HM | VOGEL | Preparation for and telephonic appearance in hearing re Avnet motion. | .4 | 208.00 |
| 04/23/10 | HM | VOGEL | Follow up with Stuart Komrower re status of funds to committee professionals and strategy moving forward. | .3 | 156.00 |
| 05/19/10 | HM | VOGEL | Confirm cancellation of hearing re Avnet and review of filed stipulation with certificate of counsel. | .2 | 104.00 |
| 07/12/10 | HM | VOGEL | Review and analyze debtors' amended schedules. | .4 | 208.00 |
| 07/27/10 | HM | VOGEL | Coordinate with local counsel scheduling hearing on 09/07/2010 and correspondence with Rob Hirsh, Stuart Komrower re same. | .4 | 208.00 |

CURRENT FEES 2,964.00

TIMEKEEPER TIME SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| HEIKE M. VOGEL | 5.7 | at $520.00 = | 2,964.00 |
| TOTALS | 5.7 | | 2,964.00 |

SUBTOTAL FOR THIS MATTER $2,964.00

(00004) MATTER NUMBER
RE: Sale and Disposition of Assets

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/24/10 | HM VOGEL | Review and analyze motion to compel to enforce sale order to exclude Avnet PMSI collateral from sale accounts and correspondence with regard to same. | .4 | 208.00 |
| 02/26/10 | RM HIRSH | Review/analysis Motion of Secured Creditor Avnet, Inc. to enforce sale order to specifically exclude Avnet PMSI Collateral from Sale of Assets and to Compel Laurus Master Fund, Ltd to turnover Avnet Collateral. | .8 | 520.00 |
| 03/11/10 | HM VOGEL | Review and analyze Avnet's motion to enforce sale order and exhibits annexed thereto to determine strategy moving forward. | .9 | 468.00 |

CURRENT FEES 1,196.00

TIMEKEEPER TIME SUMMARY

| | Hours | | Rate | Value |
|---|---|---|---|---|
| ROBERT HIRSH | .8 | at | $650.00 = | 520.00 |
| HEIKE M. VOGEL | 1.3 | at | $520.00 = | 676.00 |
| TOTALS | 2.1 | | | 1,196.00 |

SUBTOTAL FOR THIS MATTER $1,196.00

(00007) MATTER NUMBER
RE: Miscellaneous Motions and Objections

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/12/10 | HM VOGEL | Correspondence with Stuart Komrower, J. Pomerantz, Rob Hirsh re latest version of stipulation and incorporating additional comments. | .8 | 416.00 |
| 02/12/10 | HM VOGEL | Begin to review and revise 90190 motion to incorporate updated terms from stipulation between committee and Laurus. | 1.4 | 728.00 |
| 02/13/10 | HM VOGEL | Correspondence with J. Pomerantz, Stuart Komrower re latest version of stipulation and strategy moving forward and continue to revise 9019 motion with respect to same. | .8 | 416.00 |
| 02/15/10 | HM VOGEL | Finalize revisions to 9019 motion, preparation of redline version and circulate together with revised stipulation to Stuart Komrower, J. Pomerantz, Rob Hirsh with brief explanation re same. | 1.3 | 676.00 |
| 02/19/10 | HM VOGEL | Correspondence and follow up re status of stipulation with Laurus and 9019 motion requesting approval of same. | .3 | 156.00 |
| 02/22/10 | HM VOGEL | Correspondence from Stuart Komrower and Rob Hirsh re status of stipulation and follow up with Rob Hirsh re same. | .2 | 104.00 |
| 03/01/10 | HM VOGEL | Office conference with Rob Hirsh re status of stipulation with Laurus and 9019 motion and review and revise same and distribute both with brief explanation to Stuart Komrower and J. Pomerantz. | .9 | 468.00 |
| 03/03/10 | HM VOGEL | Office conference with Rob Hirsh re status of stipulation and Laurus and 9019 motion requesting Court approval of same. | .3 | 156.00 |
| 03/24/10 | HM VOGEL | Telephone call to Stuart Komrower re status of stipulation and strategy moving forward and follow up with Rob Hirsh re same. | .2 | 104.00 |
| 05/04/10 | HM VOGEL | Telephone conference with Stuart Komrower re filing of 9019 motion requesting approval of stipulation between committee and Laurus and follow up with Rob Hirsh re same. | .3 | 156.00 |

| | | | | | |
|---|---|---|---|---|---|
| 05/17/10 | HM | VOGEL | Correspondence with local counsel re upcoming hearing on Avnet motion and follow up with Rob Hirsh re same. | .3 | 156.00 |
| 05/20/10 | HM | VOGEL | Review and revise latest versions of stipulation with Laurus and 9019 motion and distribute to Stuart Komrower. | .4 | 208.00 |
| 06/15/10 | HM | VOGEL | Correspondence with Stuart Komrower, Rob Hirsh re status of stipulation and 9019 motion and strategy moving forward. | .2 | 104.00 |
| 06/17/10 | HM | VOGEL | Telephone call to Stuart Komrower re status of stipulation and 9019 motion and suggestion re strategy moving forward. | .1 | 52.00 |
| 06/17/10 | HM | VOGEL | Review and analyze latest version of 9019 motion and settlement containing revisions by Stuart Komrower and office conference with Rob Hirsh re strategy moving forward. | .7 | 364.00 |
| 06/18/10 | HM | VOGEL | Review and revise 9019 motion and settlement with Laurus incorporating comments by Stuart Komrower. | .7 | 364.00 |
| 06/22/10 | HM | VOGEL | Office conference with Rob Hirsh re response to committee's questions and strategy moving forward with respect to finalizing of 9019 motion and stipulation with Laurus. | .4 | 208.00 |
| 06/22/10 | HM | VOGEL | Review and revise 9019 motion and stipulation with Laurus incorporating additional revisions by Stuart Komrower and return revised versions with brief explanation. | .4 | 208.00 |
| 06/24/10 | HM | VOGEL | Correspondence with Stuart Komrower re execution and finalizing stipulation and strategy moving forward with respect to filing same. | .2 | 104.00 |
| 06/25/10 | HM | VOGEL | Finalize 9019 motion, order and stipulation and coordinate with local counsel the filing of same with the Court and scheduling hearing date and brief explanation re same. | .6 | 312.00 |
| 06/25/10 | NA | CONSTANTINO | Draft proposed 9019 order for settlement agreement with Laurus. | .3 | 79.50 |
| 07/16/10 | HM | VOGEL | Telephone conference with Mark Kenney of United States Trustee's office, Stuart Komrower, Rob Hirsh re United States Trustee's objection to committee's 9019 motion and review and analyze Court order in KB Toys granting similar fee arrangement in preparation for call. | .6 | 312.00 |
| 07/31/10 | HM | VOGEL | Review of notice of hearing re 9019 motion for Court approval of settlement with Laurus. | .3 | 156.00 |

CURRENT FEES 6,007.50

TIMEKEEPER TIME SUMMARY

| | | | | |
|---|---|---|---|---|
| HEIKE M. VOGEL | 11.4 | at | $520.00 = | 5,928.00 |
| NOVA A. CONSTANTINO | .3 | at | $265.00 = | 79.50 |
| TOTALS | 11.7 | | | 6,007.50 |

SUBTOTAL FOR THIS MATTER $6,007.50

(00008) MATTER NUMBER
RE: Committee and Debtor Communications, Conference Calls

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/22/10 | HM VOGEL | Draft, review and revise e-mail to committee providing update of case and follow up with Rob Hirsh re same. | .7 | 364.00 |
| 06/18/10 | HM VOGEL | Draft, review and revise summary of status of case and settlement with Laurus. | .8 | 416.00 |
| 06/21/10 | HM VOGEL | Review, consider and analyze several inquiries by committee re stipulation with Laurus. | .4 | 208.00 |
| 06/22/10 | HM VOGEL | Preparation of correspondence to Jeff Pomerantz, Bruce Grohsgal re administrative claims pool and reductions thereto, if any. | .3 | 156.00 |
| 06/22/10 | HM VOGEL | Draft, review and revise responses to committee's inquiries re stipulation with Laurus and administrative claims pool and follow up with Rob Hirsh re same. | .6 | 312.00 |

CURRENT FEES 1,456.00

TIMEKEEPER TIME SUMMARY

| | Hours | Rate | Amount |
|---|---|---|---|
| HEIKE M. VOGEL | 2.8 | at $520.00 = | 1,456.00 |
| TOTALS | 2.8 | | 1,456.00 |

SUBTOTAL FOR THIS MATTER $1,456.00

(00010) MATTER NUMBER
RE: Professional Retention

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/22/10 | LA INDELICATO | Draft second supplemental declaration in support of AF retention application and forward to Heike Vogel for review. | 1.2 | 324.00 |
| 06/03/10 | LA INDELICATO | Emails with Kathryn Knight, Heike Vogel and Aram Ordubegian regarding connection with Sams Club Discover Card. | .4 | 108.00 |
| 06/03/10 | LA INDELICATO | Research of connection with Sams Club Discover Card. | .4 | 108.00 |
| 07/01/10 | LA INDELICATO | Update connections disclosures. | .4 | 108.00 |
| 07/01/10 | LA INDELICATO | Discussions with Karen Lehmkuhl regarding connections with certain parties in interest. | .2 | 54.00 |

CURRENT FEES 702.00

TIMEKEEPER TIME SUMMARY

| | | | |
|---|---|---|---|
| LISA INDELICATO | 2.6 | at $270.00 = | 702.00 |
| TOTALS | 2.6 | | 702.00 |

SUBTOTAL FOR THIS MATTER $702.00

(00022) MATTER NUMBER
RE: Fee Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2010

| Date | Timekeeper | | Hours | Value |
|---|---|---|---|---|
| 02/05/10 | HM VOGEL | Correspondence with Jim Horgan, Rafael X. Zahralddin-Aravena re all outstanding invoices and strategy moving forward. | .3 | 156.00 |
| 02/19/10 | HM VOGEL | Correspondence with regard to filing of CNO for 9th and 10th fee applications. | .2 | 104.00 |
| 03/02/10 | HM VOGEL | Review of Court docket to determine status of fee applications and review of Arent Fox November invoice in preparation of submitting same. | .4 | 208.00 |
| 03/03/10 | HM VOGEL | Review and revise January invoice in preparation of filing interim application. | .7 | 364.00 |
| 03/08/10 | HM VOGEL | Review of Elliott Greenleaf's 4th quarterly fee application and internal correspondence re preparation of Arent Fox's 4th quarterly fee application and strategy moving forward. | .7 | 364.00 |
| 03/10/10 | HM VOGEL | Revisions to Arent Fox December and January invoices in preparation of submitting same. | .7 | 364.00 |
| 03/11/10 | HM VOGEL | Continue to review and analyze outstanding invoice in preparation of submitting same. | .2 | 104.00 |
| 03/16/10 | NA CONSTANTINO | Draft consolidated eleventh & twelfth fee application | 1.7 | 450.50 |
| 03/18/10 | NA CONSTANTINO | Work on consolidated December and January fee application | .6 | 159.00 |
| 03/18/10 | NA CONSTANTINO | Work on consolidated December and January fee application | .1 | 26.50 |
| 03/18/10 | HM VOGEL | Review and revise 10th and 11th fee applications and coordinate with Nova Constantino the filing of same. | .8 | 416.00 |
| 03/19/10 | NA CONSTANTINO | Finalize consolidated December/January fee application and forward to local counsel for filing | .3 | 79.50 |
| 03/22/10 | HM VOGEL | Final review of fee application and coordinate filing of same. | .3 | 156.00 |
| 03/23/10 | HM VOGEL | Telephone conference with Nova Constantino re proper and timely filing of Arent Fox 11th and 12th fee applications and strategy moving forward. | .2 | 104.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03/23/10 | NA | CONSTANTINO | Update status chart with filed consolidated December and January fee application | .1 | 26.50 |
| 04/08/10 | HM | VOGEL | Review and revise several monthly invoices in preparation of filing same. | .7 | 364.00 |
| 04/19/10 | LA | INDELICATO | Memo to Accounting regarding filing deadlines for fee statements/applications. | .1 | 27.00 |
| 04/23/10 | HM | VOGEL | Review and revise monthly Arent Fox invoice in preparation of filing same with Court. | .6 | 312.00 |
| 04/28/10 | HM | VOGEL | Internal correspondence with regard to invoices and strategy moving forward re filing monthly and quarterly fee applications. | .4 | 208.00 |
| 05/14/10 | HM | VOGEL | Review and revise Arent Fox invoices in preparation of filing same with Court. | .7 | 364.00 |
| 06/11/10 | HM | VOGEL | Continue to review and revise Arent Fox outstanding invoices in preparation of filing same with Court. | .8 | 416.00 |
| 06/30/10 | HM | VOGEL | Review and analyze final fee applications of Weiser Mazars. | .4 | 208.00 |
| 07/02/10 | HM | VOGEL | Review and analyze Elliott's and Weiser's final fee applications and begin preparation of Arent Fox's final application. | .6 | 312.00 |
| 07/07/10 | HM | VOGEL | Review and analyze Elliott Greenleaf's final fee application. | .3 | 156.00 |
| 07/14/10 | LA | INDELICATO | Research of contact information for M. Kenney of UST office, who filed objection to AF's fees. | .2 | 54.00 |
| 07/16/10 | HM | VOGEL | Review and analyze Pachulski's monthly fee application. | .3 | 156.00 |
| 07/20/10 | HM | VOGEL | Review and revise several Arent Fox invoices in preparation of drafting and filing Arent Fox final fee application. | .7 | 364.00 |
| 07/21/10 | HM | VOGEL | Correspondence from accounting department and to Nova Constantino re preparation of Arent Fox final fee application and strategy moving forward. | .5 | 260.00 |
| 07/22/10 | HM | VOGEL | Review of final fee application of Pachulski and follow up with Rob Hirsh re same and re committee's settlement with Laurus. | .4 | 208.00 |
| 07/23/10 | NA | CONSTANTINO | Draft final fee application. | .7 | 185.50 |
| 07/28/10 | NA | CONSTANTINO | Work on final fee application. | 5.1 | 1,351.50 |

CURRENT FEES 8,028.00

TIMEKEEPER TIME SUMMARY

| | | | |
|---|---|---|---|
| HEIKE M. VOGEL | 10.9 | at $520.00 = | 5,668.00 |
| LISA INDELICATO | .3 | at $270.00 = | 81.00 |
| NOVA A. CONSTANTINO | 8.6 | at $265.00 = | 2,279.00 |
| TOTALS | 19.8 | | 8,028.00 |

SUBTOTAL FOR THIS MATTER $8,028.00

SUMMARY OF CHARGES

| | |
|---|---|
| **TOTAL FOR: PHONE CHARGES** | **37.44** |
| **TOTAL FOR: OTHER DATABASE SEARCH** | **4.16** |

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ROBERT HIRSH | BR, 1998 (NY & NJ) | .80 | 650.00 | 520.00 |
| **ASSOCIATES** | | | | |
| HEIKE M. VOGEL | BR, 2000 (NJ), 2001 (NY) | 32.10 | 520.00 | 16,692.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 2.90 | 270.00 | 783.00 |
| NOVA A. CONSTANTINO | BR | 8.90 | 265.00 | 2,358.50 |
| | | **44.70** | | **20,353.50** |

**Blended Rate: 455.34**

| | |
|---|---|
| BF: | Banking and Finance |
| BR: | Bankruptcy and Reorganization |
| CORP: | Corporate |
| EMPL: | Employment Law |
| HEALTH: | Health Law |
| INTL: | International Law |
| LDR: | Litigation Dispute Resolution |
| RE: | Real Estate |

| | |
|---|---|
| CURRENT CHARGES FOR ALL MATTERS | 41.60 |
| CURRENT FEES FOR ALL MATTERS | 20,353.50 |
| TOTAL AMOUNT OF THIS INVOICE | $20,395.10 |

ARENT FOX LLP
1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000 Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

Incentra Solutions of California, Inc. - Official Committee of Unsecured Creditors

Invoice Number 1270552
Invoice Date 08/31/10
Client Number 031275

---

## - - REMITTANCE COPY - -
## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE** **$20,395.10**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

Arent Fox LLP
P.O. Box 644672
Pittsburgh, PA 15264-4672

**WIRING INSTRUCTIONS (if applicable):**

| | |
|---|---|
| Bank: | PNC BANK |
| Address: | 800 Connecticut Avenue NW<br>Washington, DC 20006 |
| ABA#: | 031000053 |
| SWIFT CODE: | PNCCUS33 (for international use) |
| Account #: | 5559763933 |
| Beneficiary Name: | Arent Fox LLP |
| Beneficiary Address: | 1050 Connecticut Ave., NW<br>Washington, DC 20036 |

Please reference the following:

| | |
|---|---|
| Client # | 031275 |
| Client Name | Incentra Solutions of California, Inc. - Official C |
| Invoice Number | 1270552 |

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.