IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| MANAGEDSTORAGE INTERNATIONAL, INC. et al.,[1] | ) ) ) | Case No. 09-10368 (MFW) |
| Debtors. | ) ) | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

PANAGIOTA MANATAKIS, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 3, 2010, I caused to be served the "Notice of Debtors' Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code," dated September 3, 2010, a copy of which is attached hereto as Exhibit A, by causing true and correct copies enclosed securely in separate postage pre-paid envelopes to be delivered via first class mail to the parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Panagiota Manatakis

Sworn to before me this
7th day of September, 2010

/s/ Notary Public

BRITTANY N WHALEN
NOTARY PUBLIC STATE OF NEW YORK
NEW YORK COUNTY
LIC. #01WH6222756
COMM. EXP. 6/01/2014

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number and their respective addresses, are: ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder

T:\Clients\INCENTRA\Affidavits\Ntc of Conversion to Chapter 7_Aff 9-3-10.docx