**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| MANAGEDSTORAGE INTERNATIONAL, INC., ) | Case No. 09-10368 (MFW) |
| et al.,[1] ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**Objection Deadline: September 20, 2010, at 4:00 p.m. Eastern time**
**Hearing Date: September 27, 2010, at 3:00 p.m. Eastern time**

## NOTICE OF DEBTORS' MOTION TO CONVERT CASES FROM CHAPTER 11 TO CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on September 3, 2010, the captioned debtors and debtors in possession (the "Debtors") in the captioned proceeding, filed the *Debtors' Motion to Convert Cases from Chapter 11 to Chapter 7 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion may be obtained by contacting: counsel to the Debtors: Bruce Grohsgal, Esq. (bgrohsgal@pszjlaw.com), Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Telephone: 302-652-4100, Facsimile: 302-652-4400.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion must be filed with the Bankruptcy Court by no later than **September 20, 2010 at 4:00 p.m. prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: (a) Bruce Grohsgal, Esq., Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801); and (b) Jeffrey Pomerantz, Esquire, Pachulski Stang Ziehl & Jones LLP, 10100 Santa Monica Blvd., Suite 1100, Los Angeles, CA 90067 and (ii) the Office of the United States Trustee: Mark Kenney, Esq., United States Trustee's Office, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930), 9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **SEPTEMBER 27, 2010 AT 3:00 P.M. EASTERN TIME** BEFORE THE HONORABLE MARY F. WALRATH, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND TO THE RELIEF REQUESTED IN THE MOTION, THE COURT MAY GRANT SUCH RELIEF WITHOUT FURTHER NOTICE OR HEARING.

Dated: September 3, 2010

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Bruce Grohsgal
Jeffrey N. Pomerantz (CA Bar No. 143717)
John Fiero (CA Bar No. 136557)
Bruce Grohsgal (Bar No. 3583)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: jpomerantz@pszjlaw.com
       jfiero@pszjlaw.com
       bgrohsgal@pszjlaw.com

Counsel for the Debtors and Debtors in Possession