IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ManagedStorage International, Inc. *et al.*,[1] | ) Case No. 09-10368 (MFW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) Related Docket No. 683 |

**ORDER APPROVING APPLICATION OF CHAPTER 7 TRUSTEE TO RETAIN LAW OFFICE OF SUSAN E. KAUFMAN, LLC AS GENERAL COUNSEL *NUNC PRO TUNC* TO OCTOBER 20, 2015**

UPON CONSIDERATION of the Application of Chapter 7 Trustee to retain Law Office of Susan E. Kaufman, LLC as replacement general counsel (the "Application"), and after notice and an opportunity for hearing,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED.

2. Pursuant to Section 327(a) of the Bankruptcy Code, the Chapter 7 Trustee is authorized to retain Law Office of Susan E. Kaufman, LLC as replacement general counsel, *nunc pro tunc* to October 20, 2015, in the above captioned bankruptcy cases.

Dated: Dec. 16, 2015

HONORABLE MARY F. WALRATH
United States Bankruptcy Judge

---

[1] The Debtors in these cases are: ManagedStorage International, Inc.; Incentra Solutions, Inc.; Incentra Solutions of California, Inc.; Network System Technologies, Inc.; Incentra Solutions of the Northeast, Inc.; Incentra Solutions of the Northwest, Inc.; Sales Strategies, Inc.; and Incentra Solutions International, Inc.