# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| ManagedStorage International, Inc. *et al.*,[1], | ) Case No. 09-10368 (MFW) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related Docket Nos. 675, 721** |

## REVISED SCHEDULING ORDER

To promote the efficient and expeditious disposition and resolution of Avnet Inc.'s *Rule 9019 Motion To Approve Stipulation And Releases Among The Debtors, Secured Creditor Avnet, Inc., And Laurus Related Parties* (the "Avnet Motion") and the Trustee's objection thereto, the Revised Scheduling Order previously entered by this Court [Docket No. 675] is hereby further revised as follows:

**IT IS HEREBY ORDERED** that:

1. All fact discovery shall be completed by November 30, 2017.

2. Upon completion of fact discovery as set forth in paragraph 1 above, AVT Technology Solutions LLC ("Avnet"), successor-in-interest to Avnet, Inc., shall have until December 29, 2017 to file an amended motion to approve the Stipulation and Release (as defined in the Avnet Motion) pursuant to Fed.R.Bank.P. 9019 (the "Amended 9019 Motion"). Avnet shall serve notice of the Amended 9019 Motion on all creditors in the above-captioned bankruptcy case as of the date of the filing of the Amended 9019 Motion.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6255,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-0 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930),9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

00476117 2

3. Deadlines contained in this Revised Scheduling Order may be modified either by Stipulation of the Parties approved by the Court or by the Court for good cause shown.

4. The Trustee shall serve this Revised Scheduling Order on Avnet within five (5) business days after the entry of the Revised Scheduling Order.

Dated: October 20, 2017

_____
THE HONORABLE MARY F. WALRATH
United States Bankruptcy Judge

00476117 2

2