IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ManagedStorage International, Inc. *et al.*,[1] ) | Case No. 09-10368 (MFW) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |

**Objections due by: May 9, 2018 at 4:00 p.m.**
**Hearing Date: May 16, 2018 at 2:00 p.m.**

**FIRST INTERIM FEE APPLICATION OF COOCH AND TAYLOR, P.A. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE FOR THE INTERIM PERIOD FROM DECEMBER 20, 2010 THROUGH OCTOBER 15, 2015**

Name of Applicant: Cooch and Taylor, P.A.

Authorized to Provide
Professional Services to: Jeoffrey L. Burtch, Chapter 7 Trustee

Date of Retention: December 20, 2010 (nunc pro tunc)

Period for which compensation and
reimbursement is sought: December 20, 2010 through October 15, 2015

Amount of Compensation sought as
actual, reasonable and necessary: $495,650.00

Amount of Expense Reimbursement sought
as actual, reasonable and necessary: $11,778.14

This is an: _X_ interim _____ final application.

The total time expended, prior to October 2015, to review time entries for this fee application through October 15, 2015 is approximately 4.2 hours and the corresponding compensation requested on this Application is approximately $1,312.00.

If this is not the first application filed, disclose the following for each prior application: N/A

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930),9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

Local Form 102 (Fee Application)

| Name of Professional Person | Position of the Applicant, Numbers of years in that Position, Prior Relevant Experiences, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Susan E. Kaufman | (Bankruptcy) Joined firm as an Associate in 2008. Member of DE Bar since 1996 and PA Bar since 1995. | $405.00 eff. (9/1/10) | 14.40 | $5,832.00 |
| | | $420.00 eff. (9/1/11) | 67.90 | $28,518.00 |
| | | $450.00 eff. (9/1/12) | 46.90 | $21,105.00 |
| | | $475.00 eff. (9/1/14) | 3.30 | $1,567.50 |
| Robert W. Pedigo | (Bankruptcy) Joined firm in 2001. Director of firm for 10 years. | $355.00 eff. (9/1/09) | 12.20 | $4,331.00 |
| | | $395.00 eff. (9/1/11) | 94.30 | $37,248.50 |
| Adam Singer | (Bankruptcy) Joined firm in 1998. Special Counsel of firm for 10 years. Member of DE Bar since 1986. | $455.00 eff. (9/1/11) | 0.20 | $91.00 |
| | | $490.00 eff. (9/1/12) | 0.20 | $95.00 |
| R. Grant Dick, IV | (Bankruptcy) Joined firm as as Associate in 2008. Member of DE Bar since 2008 and NJ Bar since 2007. | $235.00 eff. (9/1/10) | 1.20 | $282.00 |
| | | $260.00 eff. (9/1/11) | 166.80 | $43,368.00 |
| | | $285.00 eff. (9/1/12) | 126.50 | $36,052.50 |
| | | $310.00 eff. (9/1/13) | 59.70 | $18,507.00 |
| | | $335.00 eff. (9/1/14) | 2.00 | $670.00 |
| M. Claire McCudden | (Bankruptcy) Joined firm as an Associate in 2007. Member of DE Bar since 2007. | $300.00 eff. (9/1/12) | 3.60 | $1,080.00 |
| | | $320.00 eff. (9/1/13) | 5.40 | $1,728.00 |
| Paula C. Witherow | (Litigation) Joined firm in 1990. Associate of firm for 27 years. Member of DE Bar since 1990. | $375.00 eff. (9/1/11) | 38.80 | $14,550.00 |
| | | $395.00 eff. (9/1/12) | 97.30 | $38,433.50 |
| | | $410.00 eff. (9/1/13) | 1.30 | $533.00 |
| Gregory F. Fisher | (Bankruptcy) Joined firm as an Associate in 2010. Member of DE Bar since 2009. | $250.00 eff. (9/1/11) | 148.50 | $37,125.00 |
| | | $275.00 eff. (9/1/12) | 445.90 | $122,622.50 |
| | | $300.00 eff. (9/1/13) | 69.20 | $20,760.00 |
| | | $325.00 eff. (9/1/14) | 3.70 | $1,202.50 |
| Sharyn C. Hallman | Paralegal (25 years) | $195.00 eff. (9/1/12) | 2.10 | $409.50 |
| January L. Eaton | Paralegal (19 years) | $175.00 eff (9/1/10) | 4.40 | $770.00 |
| | | $190.00 eff. (9/1/11) | 223.70 | $42,503.00 |
| | | $200.00 eff. (9/1/13) | 16.80 | $3,360.00 |
| | | $220.00 eff. (9/1/14) | 6.10 | $1,342.00 |
| Kerry K. Walch | Paralegal (13 years) | $180.00 eff. (9/1/11) | 7.60 | $1,368.00 |
| | | $185.00 eff. (9/1/13) | 0.20 | $37.00 |
| Contessa R. Walker | Paralegal (6 years) | $95.00 eff. (9/1/09) | 82.30 | $7,818.50 |
| | | $150.00 eff. (9/1/12) | 10.60 | $1,590.00 |
| Maryann Millis | Paralegal (10+ years) | $200.00 eff. (9/1/12) | 2.50 | $500.00 |
| Darcy White | Paralegal | $165.00 eff. (9/1/10) | 1.00 | $165.00 |
| Valerie Hinton | Case Management Assistant | $85.00 eff. (9/1/09) | 1.00 | $85.00 |
| | | **GRAND TOTAL:** | 1767.60 | $495,650.00 |
| | | **BLENDED RATE:** | $280.41 | |

Local Form 102 (Fee Application)

| COMPENSATION BY PROJECT CATEGORY | | |
|---|---|---|
| **Project Category** | **Total Hours** | **Total Fees** |
| Asset Analysis & Recovery | 21.60 | $7,781.00 |
| Asset Disposition | | |
| Business Operations | | |
| Case Administration | 9.10 | $2,702.50 |
| Claims Administrations & Objections | 7.80 | $2,188.50 |
| Employee Benefits/Pensions | 0.50 | $202.50 |
| Fee/Employment Applications | 16.00 | $4,541.00 |
| Fee/Employment Objections | | |
| Financing | | |
| Litigation | 1.80 | $756.00 |
| Plan & Disclosure Statement | | |
| Relief from Stay Proceedings | 1.00 | $222.50 |
| Tax Issues | 6.30 | $2,690.00 |
| Valuation | | |
| Preference Analysis & Litigation | 1703.50 | $474,566.00 |
| **TOTAL** | **1767.60** | **$495,650.00** |

Local Form 102 (Fee Application)

## EXPENSE SUMMARY

| Project Category | Service Provider | Total Expense |
|---|---|---|
| Computer Assisted Legal Research | Westlaw | $5,605.48 |
| Long Distance Telephone/Teleconf | | $229.02 |
| In-House Production ($.10/page) | | $2,525.20 |
| Facsimile Transmissions | | |
| Outside Production/Service Fees | | $62.90 |
| Filing/Court Fees | Pacer/BK Court | $249.84 |
| Out-of-Town Travel | | |
| Local Travel | | |
| Courier | FedEx | $250.41 |
| Courier | Blue Marble | $1,095.85 |
| Postage | USPS | $1,124.71 |
| Costs Advanced - Bank Statements | Wells Fargo/PNC | $261.95 |
| Costs Advanced - Bank Checks | | $67.50 |
| Costs Advanced - Add'l Court Fees | | $298.00 |
| Costs Advanced - TX Sec. of State fee | | $1.03 |
| Costs Advanced - NJ Business Info Fee | | $6.25 |
| | **TOTAL** | **$11,778.14** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ManagedStorage International, Inc. *et al.,*[1] ) | Case No. 09-10368 (MFW) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objections due by: May 9, 2018 at 4:00 p.m. |
| ) | Hearing Date: May 16, 2018 at 2:00 p.m. |

**FIRST INTERIM FEE APPLICATION OF COOCH AND TAYLOR, P.A.
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO JEOFFREY L. BURTCH, CHAPTER 7
TRUSTEE FOR THE INTERIM PERIOD FROM DECEMBER 20, 2010
THROUGH OCTOBER 15, 2015**

Cooch and Taylor, P.A. ("C&T"), counsel to the duly appointed Chapter 7 Trustee for the Estates of ManagedStorage International, Inc. *et al* (the "Estates"), hereby submits this First Interim Fee Application for Compensation and Reimbursement of Costs and Expenses (the "Application") during the interim time period commencing December 20, 2010 through October 15, 2015 (the "Application Period"). In support of this Application, C&T respectfully represents as follows:

**JURISDICTION**

1. This Court has jurisdiction over the Application under 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware dated as of February 29, 2012. This matter is a core proceeding under the

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, and their respective addresses, are: ManagedStorage International, Inc. (6252,) 12303 Airport Way, Suite 250, Broomfield, CO 80201; Incentra Solutions, Inc. (3960), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of California, Inc. (3782), 4122 Sorrento Valley Blvd., Suite 102, San Diego, CA 92121; Network System Technologies, Inc. (8009), 2050-80 Finley Drive, Lombard, IL 60148; Incentra Solutions of the Northeast, Inc. (8372), 1140 Pearl Street, Boulder, CO 80302; Incentra Solutions of the Northwest, Inc. (8930),9020 SW Washington Square Road, Suite 500, Portland, OR 97223; Sales Strategies, Inc. (0515), 6 Bridge Street, Unite 5, Metuchen, NJ 08840; and Incentra Solutions International, Inc. (1239), 15 Old Bailey, London EC4M 7EF, United Kingdom.

meaning of 28 U.S.C. §157 (b)(2). Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

2. The statutory bases for the relief requested herein are 11 U.S.C. §§105 (a), 330 and 331.

## BACKGROUND

3. On February 4, 2009, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code").

4. On November 3, 2010 an Order was entered converting the Debtors above captioned cases from chapter 11 to chapter 7 of the Bankruptcy Code.

5. Jeoffrey L. Burtch was appointed as interim trustee on or about November 4, 2010, pursuant to Section 701 of the Bankruptcy Code. Thereafter, the meeting of creditors pursuant to 11 U.S.C. § 341 was held and concluded on January 18, 2011, and Mr. Burtch serves as the trustee (hereinafter, "Trustee") for these cases pursuant to 11 U.S.C. § 702(d).

6. On February 8, 2011, this Court entered an "Order Approving Application of Chapter 7 Trustee to Retain Cooch and Taylor, P.A. as General Counsel *Nunc Pro Tunc* to December 20, 2010" [D.I. 486.]

7. On December 16, 2015, the Court entered its *Order Approving Application of Chapter 7 Trustee to Retain Law Office of Susan E. Kaufman, LLC as General Counsel Nunc Pro Tunc to October 20, 2015* [D.I. 686.]

8. Therefore, effective October 20, 2015, C&T no longer served as general counsel to the Trustee in these bankruptcy cases, provided, however, that C&T continues to represent the

2

Trustee in the pending adversary proceeding and all matters arising out of and relating to *Burtch v. Avnet, Inc.*, Adv. No. 12-50026 (MFW) (the "Avnet Litigation").[2]

## LEGAL SERVICES

9. C&T has rendered legal services on behalf of the Trustee for the Application Period totaling approximately 1,767.60 hours, correlating to $495,650.00, for a blended hourly rate of $280.40, in requested compensation.

10. C&T maintains contemporaneous records of the time expended for the professional services rendered and costs and expenses incurred in connection with this Chapter 7 case, and such records are maintained in the ordinary course of its business. These records provide a detailed description of the services rendered and costs and expenses incurred during the Application Period. C&T has reviewed the information requirements of Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and believes that this Application is compliant. In particular, the information required by Sections (c) (i), (ii), and (e) (i) of Local Rule 2016-2 are included as part of this Application in attached cover sheets. C&T's time records and activity descriptions for the legal services in the sum of $495,650.00 are attached as Exhibit A. Compensation by Project Category of Local Form 102 is part of this Application and contains project summaries of the time detail.

11. From time to time, time entries are written off in whole or in part. In this event, the activity description, is followed by the notation "(nc)" of "(No Charge)".[3] Each professional and

---

[2] For practical and economic reasons, C&T is not seeking approval of fees and expenses incurred in conjunction with the appeal, remand, and subsequent and ongoing litigation in the Avnet Litigation. As such, time entries related to the Avnet Litigation dating from December 17, 2012 onward have been transferred to a separate billing number to be billed at a later date at the discretion of C&T and the Trustee.

[3] In the exercise of the Applicant's billing judgment, it has voluntarily written down its time during the First Interim Period in the approximate amount of $37,807.00, for 83.80 hours, at a blended hourly rate of $451.15.

paraprofessional at C&T has an internal and separate timekeeper number. The time activities for each date are listed by timekeeper, and in sequence that relates to the timekeeper number, lowest to highest. A summary of the significant matters for which fees were incurred are discussed below.

**DESCRIPTION OF SERVICES AND RELIEF REQUESTED**

Asset Analysis and Recovery (Project Category 1)

12. During this time period, after the conversion to Chapter 7, C&T worked with Chapter 11 Debtors' counsel analyzing any retained assets after the Asset Purchase Agreement (the "APA") [D.N. 192], regarding the 341 Meeting of Creditors, reviewing administrative claims filed, analyzing potential preference avoidance actions, and ownership issues of tax refunds.

Estate Administration (Project Category 4)

13. In addition to the above-mentioned major activities, C&T worked with the purchaser of the Debtors' assets in the APA, and the newly formed entity Incentra, LLC ("Newco"), to obtain numerous records of the Debtors, analyzed issues of leases, and analyzed issues regarding substantive consolidation of the Debtors' Estates. As well, C&T advised the Trustee on a regular basis with respect to legal matters arising in the performance of the Trustee's duties. These activities included drafting and filing of pleadings necessary for the administration of these bankruptcy cases, including: obtaining omnibus hearing dates, preparing and filing agendas and hearing binders for omnibus hearings, and preparation of service lists.

Claims Administration (Project Category 5)

14. During this period, C&T assisted the Trustee with reviewing and analyzing various administrative claims, WARN Act claims, and tax claims filed by various taxing authorities.

### Employment and Fee Matters (Project Category 7)

15. This category includes time related to the preparation and filing of the various employment motions, and reviewing time entries related to the First Interim Fee Application of Cooch and Taylor, as well as related pleadings.

### Preference Issues (Project Category 15)

16. By far, the bulk of C&T's time during this application period has been assisting the Trustee in connection with the analysis, filing, and prosecution of causes of action under Chapter 5 of the Bankruptcy Code (the "Avoidance Actions").

19. After the appointment of the Trustee, and C&T's retention, C&T analyzed the records and transfers of each of the seven Debtors, involving 326 accounts for over $20 million, during the ninety-day preference period. When the 326 accounts were combined it resulted in approximately ninety-eight (98) potential Chapter 5 avoidance actions. C&T analyzed all the debtors' records for transfers during the one year and ninety-day periods, analyzed creditor's issues of scheduled claims, contracts assigned and assumed and the Debtors' releases. C&T analyzed approximately forty-three (43) potential defendants with viable full affirmative defenses and labeled them as "No Actions", as a complaint was not filed. C&T, on behalf of the Trustee, filed approximately fifty-five (55) complaints alleging that certain payments made by the Debtors to the defendants constituted preferential payments pursuant to 11 U.S.C. §§ 547 and 550, seeking the recovery of transfers totaling approximately $15,935,862.74 (the "Complaints"). After the filing of the Complaints, the Trustee and certain defendants (the "Defendants") conducted negotiations, over a substantial period of time, concerning the amount owed by each Defendant to the Estate. To date, C&T assisted the Trustee in settling thirty-three (33) Avoidance Actions, with a demand of $8,379,604.24, for a gross recovery to the Estates of approximately $972,708.00.

20. One substantial adversary action, the Avnet Litigation, remains open and active with a demand amount over $5 million, and it is being vigorously pursued. Time related to the Avnet Litigation is addressed in footnote 2, *supra*.

21. All the proceeds of the Chapter 5 Avoidance Actions received by the Estates (net of costs) remain in the Estates for the benefit of creditors.[4]

**EXPENSES**

23. C&T further requests reimbursement of costs expended during the Application Period, in connection with these Chapter 7 cases in the amount of $11,778.14 (see Expense Summary). The expenses incurred by C&T include long-distance telephone calls, Federal Express deliveries and receipts, hand delivery/messenger charges, facsimile transmissions, postage, and Pacer charges, all of which C&T normally bills to its non-bankruptcy clients. The rate C&T charges non-bankruptcy clients for photocopies is 25 cents per page. For purposes of this Application, photocopies are charged at 10 cents per page. Federal Express deliveries, hand delivery/messenger charges, and Pacer charges are billed at cost. Outgoing facsimile transmissions are charged at $1.00 per page. There is no charge for incoming facsimile transmissions.

24. C&T believes that the services rendered during the Application Period on behalf of the Trustee are reasonably worth the sum of $495,650.00, and C&T requests the allowance and payment of such sum. The blended hourly rate for all services rendered by C&T is $280.40.

---

[4] *See Order (FINAL) (I) Authorizing (A) Secured Post-Petition Financing; (B) Granting Security Interests, Superpriority claims and Adequate Protection; and (C) Use of Cash Collateral"*, Signed March 23, 2009, D.N. 142, ¶ 7; *see also "Order (SALE) Approving (I) Asset Purchase Agreement (II) Sale of Substantially All of Debtors' Assets Free and Clear of All Liens, Claims, Encumbrances and Interests (III) Waiver of Stay Provisions Under Bankruptcy Rules 6004 and 6006 (IV) Authorizing the Assumption and Assignment of Executory Contracts and Unexpired Leases and (V) Granting Other Related Relief APA"*, signed April 2, 2009, D.N. 192, Section 2.1(m).

6

WHEREFORE, C&T respectfully requests the entry of the proposed form of Order attached hereto awarding compensation to C&T in the amount of $495,650.00 for actual, reasonable and necessary professional services rendered and $11,778.14 in expenses incurred during the Application Period, and for such other and further relief as may be just and proper.

Dated: April 25, 2018            COOCH AND TAYLOR, P.A.

*/s/ Robert W. Pedigo*
Robert W. Pedigo, (DSB# 4047)
1000 West Street, 10th Floor
The Brandywine Building
Wilmington, DE 19801
(302) 984-3832 / (302) 984-3939 Fax
rpedidgo@coochtaylor.com

Counsel to the Chapter 7 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 7 |
| ManagedStorage International, Inc. *et al.,* ) | Case No. 09-10368 (MFW) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | |

## **CERTIFICATION**

Robert W. Pedigo, Esquire, deposes and says:

(a) I am an attorney with the applicant law firm Cooch and Taylor, P. A. which serves as counsel to the Chapter 7 Trustee in the above captioned Chapter 7 cases.

(b) I have personally performed some of the legal services rendered by Cooch and Taylor, P.A. as counsel for the Chapter 7 Trustee during this First Interim period, and am familiar with the other work performed on behalf of the Chapter 7 Trustee by the lawyers and paraprofessionals of Cooch and Taylor, P.A.

(c) I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Bankruptcy Rule 2016-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware and submit that the Application substantially complies with such rule.

Dated: April 25, 2018       COOCH AND TAYLOR, P.A.
Wilmington, DE

                                  */s/ Robert W. Pedigo*
                                  Robert W. Pedigo, (DSB#4047)
                                  1000 West Street, 10th Floor
                                  The Brandywine Building
                                  Wilmington, DE 19801
                                  (302) 984-3832 / (302) 984-3939 Fax
                                  rpedidgo@coochtaylor.com

                                  Counsel to the Chapter 7 Trustee