**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

In re:                                                )
                                                       )
MANAGEDSTORAGE INTERNATIONAL,                          )        C.A. No. 09-10368 (MFW)
INC., *et al.*,                                        )
                                                       )        Chapter 7
                                    Debtors.           )        (Jointly Administered)
_____)

## <u>NOTICE OF APPEAL</u>

     Jeoffrey L. Burtch, Chapter 7 Trustee in the bankruptcy cases of ManagedStorage International, Inc., *et al.*,[1] by his undersigned counsel, and pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of Bankruptcy Procedure, hereby appeals from the *Order Approving Stipulation and Releases Among Debtors, Secured Creditor, Avnet, Inc., and Laurus Related Parties* [D.I. 752], entered on the 17th day of April, 2019.  The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The order from which the appeal is taken was entered in the main bankruptcy case, Bankr. Case No. 09-10368. This order relates in part to the prior disposition of the adversary proceeding captioned *Jeoffrey L. Burtch, Chapter 7 Trustee v. Avnet, Inc.*, Adv. Pro. No. 12-50026

**DEFENDANT/APPELLEE:**
**AVT TECHNOLOGIES, LLC, SUCCESSOR IN INTEREST TO AVNET, INC.**

Dennis A. Meloro, Esq
GREENBERG TRAURIG, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
T: (302) 661-7000
F: (302) 661-7360
Email: melorod@gtlaw.com

Annapoorni R. Sankaran, Esq. *pro hac vice*
HOLLAND & KNIGHT LLP
1100 Louisiana Street, Suite 4300
Houston, TX 77002
Telephone: (713) 244-8158
Facsimile: (713) 713.821.7001
Email: anna.sankaran@hklaw.com

**APPELLANT:**
**JEOFFREY L. BURTCH, CHAPTER 7 TRUSTEE**
**In re: MANAGEDSTORAGE INTERNATIONAL, INC., et al,**

Robert W. Pedigo, Esq.
R. Grant Dick IV, Esq.
COOCH AND TAYLOR, P.A.
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
T: (302) 984-3800
F: (302) 984-3939
rpedigo@coochtaylor.com
gdick@coochtaylor.com

Dated: <u>April 30, 2019</u>

<u>/s/ *R. Grant Dick IV*</u>
Robert W. Pedigo (DSB # 4047)
R. Grant Dick IV (DSB# 5123)
Cooch and Taylor, P.A.
Brandywine Building
1000 North West Street, 10th Floor
Wilmington, Delaware 19801
(302) 984-3800

Counsel for Chapter 7 Trustee

00579726

2