# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 7 |
| ManagedStorage International, Inc. *et al.,*[1] | ) Case No. 09-10368 (MFW) |
| | ) Jointly Administered |
| | ) |
| Debtors. | ) |
| | ) |

## STATUS REPORT

In accordance with the Court's request for a status report, Jeoffrey L. Burtch, Chapter 7 Trustee of the captioned Debtors, by and through the undersigned counsel, responds as follows:

1. The prepetition circumstances that occasioned the commencement of these proceedings.

On February 4, 2009, the Debtors filed voluntary petitions for relief under Chapter 11 of the United States Code (the "Bankruptcy Code"). On November 3, 2010, an Order was entered converting the Debtors above captioned cases from chapter 11 to chapter 7 of the Bankruptcy Code.

2. Whether any major sales of assets have occurred in the case.

Substantially all of Debtors' major assets were liquidated during the Chapter 11 cases.

3. The status of plan negotiations or preparations, and whether a plan has been confirmed.

N/A

4. Any major litigation pending or expected to be filed in the case.

The Trustee did not file any major litigation in the cases.

---

[1] The Debtors in these cases are: ManagedStorage International, Inc.; Incentra Solutions, Inc.; Incentra Solutions of California, Inc.; Network System Technologies, Inc.; Incentra Solutions of the Northeast, Inc.; Incentra Solutions of the Northwest, Inc.; Sales Strategies, Inc.; and Incentra Solutions International, Inc.

      5.      The status of analysis of Chapter 5 causes of action, including whether any suits have been brought.

      The Trustee concluded litigation against various insiders and other entities for the recovery of fraudulent and preferential transfers. The Trustee does not contemplate filing additional Chapter 5 causes of action.

      6.      Every open adversary proceeding, and the current status of such proceeding.

      There are no open adversary proceedings at the present time.

      7.      Counsel's expectation as to any future significant developments or events in the administration of the case.

      The Trustee has retained accountants who are working on estate tax issues, including the preparation and filing of tax returns. The Trustee is working to resolve remaining case issues, including the review of substantive consolidation issues, analysis of filed proofs of claims, the pursuit of a potential sale of remnant assets, the filing of final professional fee applications, and the destruction of unneeded estate records.

      8.      Any pending motions or other items awaiting disposition by the Court.

      None.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ M. Claire McCudden*
M. Claire McCudden, (DSB# 5036)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
cmccudden@skaufmanlaw.com

Counsel to Jeoffrey L. Burtch, Chapter 7 Trustee

Dated: July 22, 2021